# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARK S., on behalf of himself and as parent and Guardian of his minor child, A.S., and on behalf of all other similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLEGE BOARD,<br><br>    Defendant. | Civil Action No. 1:19-cv-08068<br><br>The Honorable Martha M. Pacold |

## UNOPPOSED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant the College Board respectfully asks that the Court enter the Agreed Confidentiality Protective Order submitted herewith in the form agreed to by the parties.[1]

1. Plaintiff Mark S. and his minor child, A.S. wish to proceed anonymously in this litigation, in order to protect the identity of minor child, A.S.

2. The parties have conferred and reached an agreement regarding the form and content of a protective order sufficient to protect the identity of the minor child involved in this litigation while allowing some initial exchange of information between the parties.

3. The protective order is necessary to facilitate the orderly exchange of information between the parties at this stage in the litigation.

4. The parties will submit a separate protective order governing discovery at a later date, if necessary.

---

[1] Plaintiff reserves and does not waive any rights by not opposing this motion. Likewise, the College Board reserves and does not waive any rights or defenses in making this motion.

The College Board therefore respectfully requests that the Court enter the Agreed Confidentiality Protective Order submitted with this Motion in the form agreed to by the parties.

Dated: February 14, 2020

/s/ *Robert N. Hochman*

Robert N. Hochman
Theodore R. Scarborough
Jillian Sheridan Stonecipher
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rhochman@sidley.com
tscarborough@sidley.com
jstonecipher@sidley.com

*Attorneys for Defendant the College Board*

**CERTIFICATE OF SERVICE**

I, Jillian Sheridan Stonecipher, an attorney, hereby certify that on February 14, 2020, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/  *Jillian S. Stonecipher*