IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK S., on behalf of himself and as parent and Guardian of his minor child, A.S., and on behalf of all other similarly situated individuals,<br><br>  Plaintiff,<br><br>vs.<br><br>COLLEGE BOARD,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:19-cv-08068<br>)<br>)<br>)   The Honorable Martha M. Pacold<br>)<br>)<br>) |

## AMENDED DECLARATIONS IN SUPPORT OF THE COLLEGE BOARD'S AMENDED MOTION TO ENFORCE ARBITRATION AGREEMENTS AND STAY PROCEEDINGS

1. Defendant the College Board filed its Amended Motion to Enforce Arbitration Agreements and Stay Proceedings on June 15, 2020 (Dkt. 59-60).

2. The College Board attached two declarations in support of its Motion (Ex. F, Declaration of Laura Hardy & Ex. H, Declaration of James M. Clewley Jr.). Due to logistical difficulties caused by the ongoing Covid-19 pandemic, the College Board filed declarations containing the declarants' electronic signatures.

3. The College Board has since obtained the declarants' original signatures. Copies of the declarations containing original signatures are filed herewith. No changes have been made to the declarations' contents.

Dated: June 26, 2020            Respectfully submitted,

                         /s/ *Robert N. Hochman*

                         Robert N. Hochman
                         Theodore R. Scarborough
                         Jillian Sheridan Stonecipher

        Sidley Austin LLP
        One South Dearborn
        Chicago, IL 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036
        rhochman@sidley.com
        tscarborough@sidley.com
        jstonecipher@sidley.com

*Attorneys for Defendant the College Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ *Jillian S. Stonecipher*