# EXHIBIT 2

Sign In    Search

**!   Coronavirus Updates for All College Board Programs**

Get up-to-date information (https://pages.collegeboard.org/collegeboard-covid-19-updates) on all the changes for students and educators affected by coronavirus (COVID-19).

✕

# College Board Programs & Services

**K–12 Services**

▸ **Preparation for College-Level Studies (/k-12/prepare)**

▸ **College-Level Studies & Assessment (/k-12/assessment)**

▸ **Awards, Grants, & Financial Aid (/k-12/awards)**

▸ **All In (/k-12/all-in)**

○ College Board Programs & Services

The College Board use an integrated set of services, programs, tools, and resources to help districts and schools build a college readiness culture. This kind of school culture can help dramatically increase the number and diversity of students prepared for college. Learn more:

- ACCUPLACER (https://accuplacer.collegeboard.org/)®—Suite of computer-adaptive placement tests that assess reading, writing, and math skills
- Advanced Placement Program (/k-12/assessment/ap)®—Program that enables students to take college-level courses and exams, and to earn college credit or placement while still in high school
- AP Potential (https://apcentral.collegeboard.org/about-ap/start-grow-ap/grow-ap/ap-potential)™—Research-driven, free Web-based tool that helps schools identify AP students
- College Board Schools Advisory Session Guides (https://bigfuture.collegeboard.org/get-started/educator-resource-center/college-board-advisory-guides)—Educator resource for facilitating student advisory sessions with a focus on college planning and preparation, academic conferencing and personal growth through reflection and goal setting

- College Search (https://bigfuture.collegeboard.org/find-colleges)—Online tool that lets students search for colleges with the characteristics they're seeking
- Pre-AP (https://apcentral.collegeboard.org/about-ap/start-grow-ap/start-ap/how-your-school-can-offer-ap/pre-ap)®—Suite of professional development resources to support AP teachers
- PSAT/NMSQT (https://collegereadiness.collegeboard.org/psat-nmsqt-psat-10)®—Rigorous, national assessment that measures critical reading, mathematics, and writing skills
- SAT (https://collegereadiness.collegeboard.org/sat/practice)®—Integrated program that makes SAT preparation affordable and accessible to all
- SpringBoard (https://springboard.collegeboard.org)®—Program that enables students to build the skills and understanding they need for success in AP courses and college-level work

In addition to the programs above, other services are also available, including extensive and ongoing professional development, training in master scheduling, instructional training, collaborative leadership training, training in the analysis and effective use of data, and workshops on curriculum alignment.