# EXHIBIT 4



Search this site

| Home | Counseling Department | Academic/Test Prep | College Events | College Prep | Naviance | Transcript Request | Scholarships | Financial Aid |
| Enrichment Programs | Parent Info | More Resources |

Test Prep >
SAT/PSAT

# SAT/PSAT

*All Juniors are scheduled to take the SAT at Lane Tech (for free) on Tuesday, April 10, 2018.*

## SAT:

### What is the SAT and why is it important?

Created by The College Board, the SAT is an entrance exam used by most colleges and universities to make admissions decisions. The idea (in theory, at least) is to provide colleges with one common criterion that can be used to compare all applicants. However, it is just one factor in the admissions decision. Schools also consider your high school GPA, academic transcript, letters of recommendation, interviews and personal essays. The weight placed on SAT scores varies from school to school. For more specific information on the importance of SAT scores at the schools you're interested in, contact the admissions offices directly.

The SAT is offered nationally every year in October, November, December, January, March, May and June.

For more specific information on the importance of SAT scores at the schools you're interested in, contact the admissions offices directly.

*All Juniors are scheduled to take the SAT at Lane Tech (for free) in April.*

### What specifically does the SAT test?

As of March 2016, there are two SAT sections: Math, Evidence-Based Reading and Writing, plus an optional Essay. The Essay results are reported separately. Start to finish, the test will take you three hours and 50 minutes.

### How is the SAT scored?

Each section is scored on a 200- to 800-point scale, making the "perfect" score 1600.

## SAT Subject Tests:

### What are the SAT Subject Tests?

Subject Tests are hour-long, content-based tests that allow you to showcase achievement in specific subject areas where you excel. These are the only national admission tests where you choose the tests that best showcase your achievements and interests.

SAT Subject Tests allow you to differentiate yourself in the college admission process or send a strong message regarding your readiness to study specific majors or programs in college. In conjunction with your other admission credentials (your high school record, SAT scores, teacher recommendations, etc.), they provide a more complete picture of your academic background and interests.

Some colleges also use Subject Tests to place students into the appropriate courses. Based on your performance on the test(s), you could potentially fulfill basic requirements or receive credit for introductory-level courses.

There are 20 SAT Subject Tests in five general subject areas: English, history, languages, mathematics and science.

### Should I take SAT Subject Tests?

If you're applying to a selective college (such as Harvard, MIT, Princeton, or Yale), you'll probably need to submit scores from at least two SAT Subject Tests. As you develop your college list, keep track of each school's admission requirements. If you're not sure where you're going to apply yet, plan to take at least two SAT Subject Tests, and remember that if a school "recommends" Subject Tests, you should go ahead and take them.

### What colleges require SAT Subject Tests?

CLICK HERE for a complete list of colleges that either require, recommend or consider SAT Subject Tests for admission.

## PSAT/NMSQT:

### What is the PSAT/NMSQT?

The PSAT (which stands for Preliminary SAT) won't count towards your college admissions applications, but it is the qualifying test for the National Merit Scholarship. This means that some of the highest scoring students may win scholarship money, so while you shouldn't stress out about the PSAT, you certainly shouldn't ignore it either. Instead, use the PSAT as practice for the SAT and ACT and one of the starting points on your college admissions journey.

**When do I take the PSAT?**
Lane Tech administers the PSAT to all Freshmen, Sophomores and Juniors in October.

**How is the PSAT scored?**
Click Here to view "Understanding Scores: PSAT 8th & 9th graders"
Click Here to view "Understanding Scores: PSAT/NMSQT 10th & 11th graders"

Subpages (1):   Free SAT Prep

## Comments

You do not have permission to add comments.

Sign in  |  Recent Site Activity  |  Report Abuse  |  Print Page  |  Powered By  **Google Sites**