# EXHIBIT 8

**From:**
**To:**
**Subject:** Fwd: *IMPORTANT* AP EXAM ADMINISTRATION INFORMATION
**Date:**
**Attachments:** ap-student-parent-bulletin-2018-19.pdf



From: **Lane Tech** <avkrakowski@cps.edu>
Date: Fri, Apr 26, 2019, 3:11 PM
Subject: *IMPORTANT* AP EXAM ADMINISTRATION INFORMATION
To:

You will be taking your AP Exam(s) soon.
Listed below is your exam schedule. Review it carefully for accuracy. If you see any discrepancies, please contact me immediately.

TOTAL NUMBER OF EXAMS: **3**
**AP Environmental Science (Monday May 6th- 12 pm)**
**AP Spanish Language (Tuesday May 7th- 8 am)**
**AP Human Geography (Tuesday May 14th- 12 pm)**

You MUST report to the auditorium **NO LATER than 7:30 AM** for morning exams and **11:30 am** for afternoon exams. IF you arrive after 7:30 am/11:30 am, you will NOT be able to take the exam and you will have to pay the $60 fee for a late exam. **DO NOT BE LATE!**
**You should bring the following items to the exam room:**

· Two sharpened No. 2 pencils with erasers for all responses on your multiple-choice answer sheet.
· Two pens with black or dark blue ink for completing areas on the exam booklet covers and for free-response questions in most exams.
· Lane Tech 6-digit school code-140640
· A watch that doesn't have internet access, doesn't beep, and doesn't have an alarm.
· Up to two approved calculators with the necessary capabilities if you're taking an AP Biology, Calculus, Chemistry, Physics, or Statistics Exam **only**. Visit apstudents.org/calculators) to learn more about the calculator policy for each of these exams and for a list of authorized calculators.

· A ruler or straightedge **only** if you're taking an AP Physics Exam. Protractors are not allowed.

· Your AP Student Pack. You will receive this at your first exam.

**You <u>should not</u> bring the following to the exam room:**

· Phones, smartwatches, wearable technology of any kind, laptops, tablet computers, Bluetooth devices, portable listening or recording devices—MP3 player, iPod®, etc.—cameras or photographic equipment, devices that can access the internet, separate timers of any type, and any other electronic devices are **prohibited in the exam room and during breaks.**

· Books, compasses, correction fluid, dictionaries, highlighters, notes, or mechanical or colored pencils

· Rulers or straightedges (these are allowed **only** for AP Physics Exams)

· Protractors

· Scratch paper

· Computers

· Reference guides, keyboard maps, or other typing instructions

· Calculators (unless it's an approved calculator for AP Biology, Calculus, Chemistry, Physics, or Statistics)

· Watches that beep or have an alarm

· Food or drink

· Clothing or shoes with subject-related information

· Ear plugs

· Clipboards

**Students <u>may not</u> be dismissed until an exam has officially ended; don't ask to leave early if you finish before the end of the exam. If you play a sport or have a job, it's your responsibility to inform your coach or employer of your AP Exam obligation, and arrangements should be made accordingly.**

Get a good night's rest before your exam and eat a nutritious breakfast. You're allowed to bring a snack and beverage for your 10-minute break. However, food and drink are prohibited in the exam room.

You are required to abide by the policies of both the College Board and Lane Tech during the exam period. Any misconduct will be reported and could jeopardize your AP Exam score.

Be sure to review the *2018-19 Bulletin for AP Students and Parents*. If you have any additional questions or concerns, feel free to contact me. Good luck!

--

**Alison Hildebrandt**
Assistant Principal
*Alpha STEM,  Science Department, Advanced Placement, Data and Assessment, Programming, Service Learning, Lane Scholars, Records*
Lane Tech College Prep High School
avkrakowski@cps.edu