IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK S., on behalf of himself and as parent and guardian of his minor child, A.S., and on behalf of all other similarly situated individuals, ) ) ) ) Plaintiff, ) ) vs. ) ) ) COLLEGE BOARD, ) ) Defendant. ) | Civil Action No. 1:19-cv-08068 The Honorable Martha M. Pacold |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to dismissal with prejudice of all claims and prayers for relief in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 12, 2023

/s/ Scott R. Drury
Scott R. Drury

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
Telephone: 312.358.8225
scott@drurylegal.com

*Counsel for Plaintiff*

/s/ Robert N. Hochman
Robert N. Hochman

Robert N. Hochman
Theodore R. Scarborough
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rhochman@sidley.com
tscarborough@sidley.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I, Scott R. Drury, an attorney, hereby certify that I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record on May 12, 2023.

                                                   /s/ Scott R. Drury
                                                   SCOTT R. DRURY